IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2010 MAY 17 PM 2:46
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:                                   CASE NO: 08-53868

JACK H. METZ, SR.                   CHAPTER 7
LINDY A. METZ
             Debtor(s)               HON. MARILYN SHEA-STONUM
                                                 BANKRUPTCY JUDGE

TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

     Claim #8     Lab Care Plus                              $17.77
                             PO Box 16157
                             Rocky River, OH 44116

2. Your trustee's check for $17.77 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: May 11, 2010

                                               Marc P. Gertz, #0003808
                                               Chapter 7 Trustee
                                               Goldman & Rosen, Ltd.
                                               11 S. Forge St.
                                               Akron, OH 44304
                                               Phone: 330.376.8336
                                               Fax: 330.376.2522
                                               mpgertz@goldman-rosen.com

*Ck # 1009*
*Receipt # 81475*